UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VICTOR MONROE,

        Petitioner-Appellant,

-against-

ROBERT H. KUHLMAN, Superintendent,
Sullivan Correctional Facility,

        Respondent-Appellee.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 0654 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 2 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on July 19, 2006, dismissing the petition for a writ of habeas corpus; and granting a Certificate of Appealability on the issues remanded by the Court of Appeals for the Second Circuit; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is granted on the issues remanded by the Court of Appeals for the Second Circuit.

Dated: Brooklyn, New York
       July 20, 2006

                                       ROBERT C. HEINEMANN
                                       Clerk of Court